No. 640.   NATIONAL MUTUAL INSURANCE Co. v. TIDE-WATER TRANSFER Co., INC.   C. C. A. 4th.   Certiorari granted.   In view of the Act of August 24, 1937, 28 U. S. C. § 401, the Court hereby certifies to the Attorney General of the United States that the constitutionality of the Act of April 20, 1940 (c. 117, 54 Stat. 143), is drawn in question in this case.   *Alvin L. Newmyer, David G. Bress* and *Sheldon E. Bernstein* for petitioner.   *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* urging that the petition be granted.

No. 667.   GOGGIN, TRUSTEE IN BANKRUPTCY, v. DIVISION OF LABOR LAW ENFORCEMENT OF CALIFORNIA.   C. C. A. 9th.   Certiorari granted.   *Martin Gendel* for petitioner.   *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 561.   GOTTFRIED ET AL. v. UNITED STATES; and
No. 562.   GOTTFRIED ET AL. v. UNITED STATES.   C. C. A. 2d.   Certiorari denied.   *Joseph L. Weiner* and *Henry Epstein* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.   Reported below: 165 F. 2d 360.

No. 570.   MEYER v. TERRITORY OF HAWAII.   C. C. A. 9th.   Certiorari denied.   *O. P. Soares* for petitioner.   *A. J. Zirpoli* for respondent.

No. 571.   MEYER v. TERRITORY OF HAWAII.   C. C. A. 9th.   Certiorari denied.   *O. P. Soares* for petitioner. *A. J. Zirpoli* for respondent.